**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**
**SYRACUSE DIVISION**

Nancy Schlie,

     Plaintiff,

v.                                                                              Case No.: 5:24-cv-01259-FJS-MJK

The Bank of Missouri, Experian Information
Solutions, Inc.; TransUnion, LLC, and Equifax
Information Services, LLC,

     Defendants,

<u>**NOTICE OF DISMISSAL AS TO DEFENDANT TRANSUNION, LLC**</u>

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given that Defendant

TransUnion, LLC may be dismissed with prejudice, with the parties to bear their own fees and

costs. Plaintiff's claims against remaining Defendants remain pending.

Dated:    December 12, 2024

/s/ *Andrea Moss*
Andrea Moss
187 Hollow Rd.
Staatsburg, NY 12580
(212) 242-6152
Andreamoss01@gmail.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Andrea Moss*