UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
SYRACUSE DIVISION

| | |
|---|---|
| Nancy Schlie,<br><br>   Plaintiff,<br><br>v.<br><br>The Bank of Missouri, Experian Information Solutions, Inc.; TransUnion, LLC, and Equifax Information Services, LLC,<br><br>   Defendants, | Case No.: 5:24-cv-01259-FJS-MJK |

**NOTICE OF DISMISSAL AS TO DEFENDANT THE BANK OF MISSOURI**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given that Defendant The Bank of Missouri may be dismissed with prejudice, with the parties to bear their own fees and costs. Plaintiff's claims against Equifax Information Services, LLC and Experian Information Solutions, Inc. remain pending.

Dated:   January 2, 2025

/s/ *Andrea Moss*
Andrea Moss
187 Hollow Rd.
Staatsburg, NY 12580
(212) 242-6152
Andreamoss01@gmail.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Andrea Moss*