UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
SYRACUSE DIVISION

Nancy Schlie,

    Plaintiff,

v.

The Bank of Missouri, Experian Information Solutions, Inc.; TransUnion, LLC, and Equifax Information Services, LLC,

    Defendants,

Case No.: 5:24-cv-01259-FJS-MJK

## NOTICE OF DISMISSAL AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given that Defendant Equifax Information Services, LLC may be dismissed with prejudice, with the parties to bear their own fees and costs. All parties have now been dismissed and this matter may be dismissed in its entirety.

Dated:    February 11, 2025

/s/ *Andrea Moss*
Andrea Moss
187 Hollow Rd.
Staatsburg, NY 12580
(212) 242-6152
Andreamoss01@gmail.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Andrea Moss*